MARY GNAPINSKY, PLAINTIFF-PETITIONER, v. SOPHIE GOLDYN, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Feder & Rinzler* and *Mr. Herman B. Packer* for the petitioner.

*Mr. Morris Pashman* and *Mr. Joseph A. Banas, Jr.*, for the respondents.

January 23, 1956.   Granted.

JACQUELINE M. MOWERY, PLAINTIFF-RESPONDENT, v. HOWARD M. MOWERY, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 38 *N. J. Super.* 92.

*Mr. Norman J. Currie, Mr. Edward W. Currie* and *Mr. Sam Weiss* for the petitioner.

*Messrs. Patterson & Cooper* and *Mr. David M. Pindar* for the respondent.

January 23, 1956.   Denied.